TODD BLANCHE
U.S. Deputy Attorney General
JORDAN FOX
Chief of Staff & Associate Deputy
 Attorney General
Special Attorney
JESSICA LASERNA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 297-2019
Jessica.Laserna@usdoj.gov
*Attorneys for the Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUIS JENRY PILAMUNGA CEPEDA, *Petitioner*, v. LADEON FRANCIS, *et al.*, *Respondents*. | HON. MICHAEL E. FARBIARZ *Civil Action No.* 26-00152 (MEF) **STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, that this action shall be and hereby is dismissed without prejudice and without costs or attorneys' fees to either party. Additionally, any stay on the transfer or transport of Petitioner is hereby lifted by agreement of the parties.

| | |
|---|---|
| LAW OFFICE OF RONALD L. KUBY | TODD BLANCHE U.S. Deputy Attorney General |
| By: /s/ *Rhidaya S. Trivedi* RHIDAYA S. TRIVEDI RONALD L. KUBY *Attorneys for Petitioner* | JORDAN FOX Chief of Staff & Associate Deputy  Attorney General Special Attorney |

1

By: /s/ *Jessica Laserna*
JESSICA LASERNA
Assistant United States Attorney
*Attorneys for Respondents*

So Ordered:

_____
HON. MICHAEL E. FARBIARZ
UNITED STATES DISTRICT JUDGE

Date: 1/21/2026